**2012–2100.   State ex rel. 4445 Ltd. v. Cuyahoga Cty. Bd. of Revision.**
In Mandamus and Procedendo. This cause originated in this court on the filing of a complaint for writs of mandamus and procedendo.

Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.